JAMES COTTRILL, Respondent, v. ANTHONY FRISICANO and CHARLES FRISICANO, Appellants.— Judgment and order affirmed, with costs. All concur. (The judg-

ment is for plaintiff in an action to recover brokerage commissions. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.